The People of the State of New York ex rel. Patrick F. White, Appellant, v. The Board of Supervisors of the County of Albany, as the Board of Canvassers of the County of Albany, and Patrick H. McDonald, Respondents.— Interlocutory judgment, so far as appealed from, affirmed, with costs. No opinion. All concurred. Chester, J., not sitting.

The People of the State of New York, Respondent, v. Frank W. Carrington, Appellant.— Order affirmed. No opinion. All concurred.

William C. Wagner, Respondent, v. Hudson Valley Railway Company, Appellant.— Motion granted.